IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:24-cr-049 |
| v. | INDICTMENT |
| RIANNE LEN BRINKER, | T. 18 U.S.C. § 981(a)(1)(D) |
| | T. 18 U.S.C. § 982(b)(1) |
| Defendant. | T. 18 U.S.C. § 1028A(a)(1) |
| | T. 18 U.S.C. § 1343 |
| | T. 21 U.S.C. § 853(p) |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## Introduction

At all times material to this Indictment:

1. The defendant, RIANNE LEN BRINKER (hereinafter "BRINKER"), was a resident of Taylor Ridge, Illinois.

2. Emcubed Enterprises, Inc. DBA Riverbend Signworks, (hereinafter Signworks) produced custom signs and designs for companies. Signworks is located at 979 40th Avenue, Bettendorf, Iowa, in the Southern District of Iowa.

3. From on or about October 29, 2020, to on or about October 26, 2023, BRINKER was employed as the administrative assistant, bookkeeper, and receptionist at Signworks. Generally, BRINKER worked at the office located in Bettendorf, Iowa from 8:00 a.m. to 3:30 p.m. (Central Standard Time).

4. In those capacities at Signworks, BRINKER had access to Signworks' credit cards, business books, and bank accounts, including the ability to pay invoices using the bank account to initiate transfers of funds from that account.

## Manner and Means

5.  Beginning in or around June 2021, and continuing until in or around October 2023, in the Southern District of Iowa, BRINKER voluntarily and intentionally devised and participated in a scheme and artifice to defraud Signworks, and to obtain money from Signworks by means of materially false and fraudulent pretenses, representations, and promises, and by the intentional concealment of material facts.

6.  It was part of the scheme that on or about June 3, 2021, BRINKER knowingly and intentionally applied for a merchant agreement account with the credit card processing entity Block, Inc. (Square) using a legitimate business name, Sign Source USA, Inc., a company out of Lima, Ohio, which Signworks conducts business with on a regular basis. Block is located in California and the computer servers Block utilizes to facilitate both the application process and the credit card processing via the internet are located outside the State of Iowa. BRINKER tied her personal CBI Bank and Trust (CBI) account to this Block merchant account. BRINKER opened this account using her home address in Taylor Ridge, Illinois and her personal email address. BRINKER falsely misrepresented that this account was going to be used by Sign Source USA, Inc.

7.  From June 3, 2021 to February 14, 2022, to actively conceal from Signworks that credit card charges were not to a legitimate vendor, BRINKER caused one or more charges on Signworks' VISA credit cards to be processed through this fraudulent Block merchant account totaling $90,980.95. These transactions caused

the transfer of funds, not to the listed business, but to BRINKER's personal account at CBI. One or more of these transactions occurred Monday through Friday, during the hours of 8:00 a.m. to 3:29 p.m. (Central Standard Time), when BRINKER was working at Signworks Bettendorf, Iowa location and were executed by wire communications in interstate commerce, including California and the Southern District of Iowa.

8. From on or about June 3, 2021, continuing through October 14, 2021, Signworks had VISA credit cards and bank accounts through Wells Fargo. The servers used to process the payments for Wells Fargo were located in California.

9. From approximately October 15, 2021 to October 19, 2023, Signworks had VISA credit cards and bank accounts through Quad City Bank and Trust (QCBT). The servers used to process payments for QCBT were located in the Southern District of Iowa.

10. From on or about June 3, 2021, and continuing to on or about October 14, 2021, while in the Southern District of Iowa, BRINKER used her fraudulent Block merchant account to process one or more charges to Signworks' VISA credit card tied to the company's bank account at Wells Fargo, totaling $39,000.68. At the completion of each transaction, funds were transferred into BRINKER's CBI account.

11. From on or about October 19, 2021, continuing to on or about February 14, 2022, BRINKER used the fraudulent Block merchant account to make one or more charges to Signworks' VISA credit card tied to the company's QCBT

account totaling $51,980.27. At the completion of each transaction, funds were transferred into BRINKER's CBI account.

12.     The total amount of these fraudulent charges processed by BRINKER's Block account was $90,980.95.

13.     It was part of the scheme that on or about February 22, 2022, BRINKER knowingly and intentionally opened a merchant agreement account with the credit card processing entity Intuit, Inc., hereinafter "Intuit," using Sign Source USA, a company name similar to a company with which Signworks conducts business on a regular basis. Intuit is a company located in California and the servers Intuit utilizes to facilitate both the application and credit card processing via the internet are located outside the State of Iowa. BRINKER opened this account using her home address in Illinois, her personal email address and tied her personal CBI bank account to this fraudulent Intuit merchant account. BRINKER falsely misrepresented that this account was going to be used by the legitimate vendor Sign Source USA, Inc.

14.     It was part of the scheme that on March 21, 2022, BRINKER voluntarily and intentionally registered a fraudulent business "Sign Source USA, LLC" with the Illinois Secretary of State. This business did not engage in any legitimate business and was not an actual vendor of Signworks. This business showed an "Involuntary Dissolution" on September 8, 2023. This false company was registered to aid in the active concealment of funds fraudulently transferred from Signworks.

15.     From February 22, 2022 to October 19, 2023, to actively conceal from Signworks that credit card charges were not to a legitimate vendor, BRINKER caused one or more charges on Signworks VISA credit cards to be processed through this fraudulent Intuit merchant account. These transactions produced the transfer of funds, not to the listed business, but to BRINKER's personal account at CBI. One or more of these transactions occurred Monday through Friday, during the hours of 8:00 a.m. to 3:29 p.m. (Central Standard Time), when BRINKER was working at Signworks Bettendorf, Iowa location and were executed by wire communications in interstate commerce, including California and the Southern District of Iowa.

16.     From on or about February 22, 2022, and continuing until on or about August 25, 2023, BRINKER used her fraudulent Intuit merchant account to make one or more charges to Signworks' VISA credit card tied to the company's QCBT account totaling $406,584.20. At the completion of each transaction, funds were transferred into BRINKR's CBI account.

17.     On or about September 14, 2023, BRINKER applied for an American Express Credit Card in the name of Signworks using the personal identifiers of Victim #1. BRINKER falsely misrepresented herself as Victim #1. The computer servers American Express utilizes to process credit card transactions are located outside the State of Iowa. BRINKER used this credit card to charge transactions to the fraudulent company, Sign Source USA, LLC and actively conceal the transfer of funds to her personal CBI account. The only charges on this card were falsely misrepresented as payments to the fraudulent company, Sign Source USA, LLC.

18.  From on or about September 23, 2023, and continuing until on or about October 20, 2023, BRINKER used her fraudulent Intuit merchant account to process one or more charges to this fraudulent American Express card. The total amount of the transactions was $36,896.51.

19.  The total amount of fraudulent charges that were processed by BRINKER's Intuit account totaled $443,480.71.

20.  BRINKER used the Signwork's QCBT account to pay the balance on the fraudulent American Express credit card in the total amount of $17,500. These payments were made on October 5, 2023 ($5,000), October 13, 2023 ($7,500) and October 19, 2023 ($5,000).

21.  It was part of the scheme that BRINKER voluntarily and intentionally concealed from Signworks that BRINKER made unauthorized payments to herself, via ACH transfers using Signworks' funds. BRINKER voluntarily and intentionally concealed those facts by using her access to Signworks' accounting system to falsely misrepresent these payments as legitimate expenses of Signworks, such as reimbursements to Signworks' vendors, including Sign Source USA, Inc.

22.  In furtherance of the scheme, BRINKER used and caused the use of interstate electronic wire transfers.

**THE GRAND JURY FURTHER CHARGES:**

## Counts 1-2
### (Wire Fraud)

23. Paragraphs 1-22 of this Indictment are re-alleged and incorporated herein.

24. On or about June 3, 2021, and continuing until on or about October 14, 2021, in the Southern District of Iowa and elsewhere, the defendant, RIANNE LEN BRINKER, for the purpose of executing and attempting to execute the scheme and artifice to defraud described above, and to obtain money by means of false and fraudulent pretenses and representations, did knowingly cause monies to be transferred by means of wire communication in interstate commerce, to wit: BRINKER used her fraudulent Block, Inc. (Square) merchant account to process charges falsely represented as payments to a legitimate vendor on the Wells Fargo business VISA credit card of Signworks. The funds ($39,000.68) were transmitted by means of wire communication through California and the Southern District of Iowa, and included the following transmissions:

| Count | Date | Wire Transaction |
|---|---|---|
| 1 | June 10, 2021 | $2,789.33 charged on the Signworks VISA (Wells Fargo) to Block to CBI account. |
| 2 | October 14, 2021 | $1,488.80 charged on the Signworks VISA (Wells Fargo) to Block to CBI account. |

This is a violation of Title 18, United States Code, Section 1343.

## THE GRAND JURY FURTHER CHARGES:

### Counts 3-4
### (Wire Fraud)

25. Paragraphs 1-22 of this Indictment are re-alleged and incorporated herein.

26. On or about October 19, 2021, and continuing until on or about February 14, 2022, in the Southern District of Iowa and elsewhere, the defendant, RIANNE LEN BRINKER, for the purpose of executing and attempting to execute the scheme and artifice to defraud described above, and to obtain money by means of false and fraudulent pretenses and representations, did knowingly cause monies to be transferred by means of wire communication in interstate commerce, to wit: BRINKER used her fraudulent Block, Inc. (Square) merchant account to process charges falsely represented as payments to a legitimate vendor on the QCBT business VISA credit card of Signworks. The funds ($51,980.27) were transmitted by means of wire communication through California and the Southern District of Iowa, and included the following transmissions:

| Count | Date | Wire Transaction |
|---|---|---|
| 3 | October 25, 2021 | $3,180.52 charged on the Signworks VISA (QCBT) to Block to CBI account. |
| 4 | February 10, 2022 | $4,188.71 charged on the Signworks VISA (QCBT) to Block to CBI account. |

This is a violation of Title 18, United States Code, Section 1343.

**THE GRAND JURY FURTHER CHARGES:**

## Counts 5-6
## (Wire Fraud)

27. Paragraphs 1-22 of this Indictment are re-alleged and incorporated herein.

28. On or about February 22, 2022, and continuing until on or about August 25, 2023, in the Southern District of Iowa and elsewhere, the defendant, RIANNE LEN BRINKER, for the purpose of executing and attempting to execute the scheme and artifice to defraud described above, and to obtain money by means of false and fraudulent pretenses and representations, did knowingly cause monies to be transferred by means of wire communication in interstate commerce to wit: BRINKER used her fraudulent Intuit, Inc. merchant account to process charges falsely represented as payments to a legitimate vendor on the QCBT business VISA credit card of Signworks. The funds ($406,584.20) were transmitted by means of wire communication through California and the Southern District of Iowa, and included the following transmissions:

| Count | Date | Wire Transaction |
|---|---|---|
| 5 | March 8, 2022 | $4,699.26 charged on the Signworks VISA (QCBT) to Intuit to CBI account. |
| 6 | August 25, 2023 | $1,575.00 charged on the Signworks VISA (QCBT) to Intuit to CBI account. |

This is a violation of Title 18, United States Code, Section 1343.

**THE GRAND JURY FURTHER CHARGES:**

## Count 7
### (Aggravated Identity Theft)

29.   The allegations set forth in paragraphs 1-22 of this Indictment are restated and realleged as if fully set forth herein.

30.   On or about September 14, 2023, in the Southern District of Iowa and elsewhere, the defendant, RIANNE LEN BRINKER, did knowingly use, without lawful authority, a means of identification of another person, specifically, Victim #1, during and in relation to a felony violation enumerated in 18 U.S.C. 1028A(c), that is, wire fraud as charged in Counts 1-6 of this Indictment, knowing that the means of identification belonged to another actual person.

This is in violation of Title 18, United States Code, Section 1028A(a)(1).

**THE GRAND JURY FINDS:**

### NOTICE OF FORFEITURE

1.   Upon conviction of the offenses in violation of 18 U.S.C. § 1343 as set out in Counts 1-6 of this Indictment, RIANNE LEN BRINKER shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(D) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

2.   The property to be forfeited includes, but is not limited to:

    A.   All currency, funds and other monetary instruments; or

    B.   A sum of money equal to the total amount of gross proceeds obtained as a result of the above offenses. Such amount to be at least $551,991.66.

3.  If any of the property described above, as a result of any act or omission of RIANNE LEN BRINKER cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; then the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(l) and 28 U.S.C. § 2461(c).

**TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Melisa K. Zaehringer
Assistant United States Attorney